UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18-CR-3425-GPC |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION WITHOUT PREJUDICE** |
| v. | |
| ARTURO LARA-VILLARUYA, | **[ECF No. 98]** |
| Defendant. | |

Before the Court is Defendant's pro se motion for "motion for sentence reduction" pursuant to 18 U.S.C. § 3582(c). ECF No. 98. Defendant states that he suffers from osteoporosis and that the medical services are "limited." *Id.* at 6-7. Defendant was committed to the custody of the Federal Bureau of Prisons for a fifty-seven (57) month term on September 20, 2019. ECF No. 94.

Courts are permitted to modify an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c). Specifically, in relevant part:

> The court may not modify a term of imprisonment once it has been imposed except that—
>
> **(1)** in any case—

> **(A)** the court, upon motion of the Director of the Bureau of Prisons, or upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier, may reduce the term of imprisonment (and may impose a term of probation or supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment), after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that—
>
> (i) extraordinary and compelling reasons warrant such a reduction; or
>
> (ii) the defendant is at least 70 years of age, has served at least 30 years in prison, pursuant to a sentence imposed under section 3559(c), for the offense or offenses for which the defendant is currently imprisoned, and a determination has been made by the Director of the Bureau of Prisons that the defendant is not a danger to the safety of any other person or the community, as provided under section 3142(g);
>
> . . .
>
> and that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

Defendant has not alleged that he has exhausted all administrative rights **to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf**. Nor has he shown that **30 days has lapsed since the receipt of such a request by the warden of Defendant's facility**. *See* 18 U.S.C. § 3582(c). Consequently, Defendant's motion is therefore DENIED without prejudice. Upon exhausting the available administrative process, Defendant may refile his motion.

**IT IS SO ORDERED.**

Dated: May 4, 2020

Hon. Gonzalo P. Curiel
United States District Judge